**N.C. STATE BAR v. GILBERT**

[357 N.C. 502 (2003)]

THE NORTH CAROLINA STATE BAR v. WILLIE D. GILBERT, ATTORNEY

No. 434A02

(Filed 2 October 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 151 N.C. App. 299, 566 S.E.2d 685 (2002), affirming an order of discipline filed 1 November 2000 by the Disciplinary Hearing Commission of the North Carolina State Bar. Heard in the Supreme Court 10 September 2003.

*Carolin Bakewell for plaintiff-appellee.*

*Michaux & Michaux, P.A., by Eric C. Michaux; and Willie D. Gilbert, II, pro se, for defendant-appellant.*

PER CURIAM.

AFFIRMED.